**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Richard Lewis SEYMOUR,**
**Defendant—Appellant.**

No. 04–30539.

D.C. No. CR–03–00162–BLG.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Paulette L. Stewart, Office of the U.S. Attorney, Helena, MT, for Plaintiff-Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Robin B. Hammond, FDMT–Federal Defenders Of Montana (Billings), Billings, MT, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

Richard Lewis Seymour appeals the district court's judgment imposing a 63-month sentence following his guilty-plea conviction for making a false statement during a firearms purchase, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Seymour has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), and *United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional *Booker* error).

Counsel's motion to withdraw as counsel on appeal is denied.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

The conviction is **AFFIRMED**, and the sentence is **REMANDED**.